# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED JULY 12, 2024

## NO. 03-24-00403-CV

**Venky Venkatraman, Appellant**

**v.**

**Board of Law Examiners, Appellee**

---

**APPEAL FROM THE 353RD DISTRICT COURT OF TRAVIS COUNTY**
**BEFORE JUSTICES BAKER, SMITH, AND THEOFANIS**
**DISMISSED FOR WANT OF JURISDICTION -- OPINION BY JUSTICE BAKER**

---

This is an appeal from the order signed by the trial court on May 21, 2024. Having reviewed the record, it appears that the Court lacks jurisdiction over the appeal. Therefore, the Court dismisses the appeal for want of jurisdiction. Because appellant is indigent and unable to pay costs, no adjudication of costs is made.